[No. 65466-7-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE ALLEN BATES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03236-6, Regina S. Cahan, J., entered May 17, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 65646-5-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN GEORGE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12516-1, Regina S. Cahan, J., entered June 9, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65676-7-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00649-9, Jeffrey M. Ramsdell, J., entered June 24, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 65712-7-I.   Division One.   September 19, 2011.]

*In the Matter of the Marriage of* CALLY MARIE SIMPSON, *Respondent*, and JEFFREY TODD SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02590-1, Suzanne M. Barnett, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.